UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
JAN 14 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

JEROME L. ROBERTSON, #56974-083,

        Petitioner,

v.                                  ACTION NO. 2:14cv311

ERIC D. WILSON, Warden,

        Respondent.

## FINAL ORDER

Petitioner, a federal inmate, filed a *pro se* petition pursuant to 28 U.S.C. § 2241. ECF No. 1. The petition alleges violations of petitioner's due process rights and a Bureau of Prisons ("BOP") program statement in conjunction with the collection of restitution payments pursuant to the Inmate Financial Responsibility Program ("IFRP").

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The report and recommendation, filed December 4, 2015, recommends that respondent's motion to dismiss be granted and that the petition be denied and dismissed with prejudice. ECF No. 15. The Court has received no objections to the report and recommendation and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the report and recommendation, and it is therefore ORDERED that respondent's motion to dismiss (ECF No. 12) is GRANTED, and the petition for writ of habeas corpus (ECF No. 1) is DENIED and

DISMISSED WITH PREJUDICE. It is further ORDERED that judgment be entered in favor of respondent.

Petitioner may appeal from the judgment entered pursuant to this final order by filing a written notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk shall mail a copy of this final order to petitioner and to counsel of record for respondent.

/s/
Raymond A. Jackson
United States District Judge

Raymond A. Jackson
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 14, 2016